# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MARTINEZ S. AYTCH,

    *Petitioner*,

vs.

ROBERT LEGRAND, *et al.*,

    *Respondents*.

3:10-cv-00767-RCJ-RAM

ORDER

    Following upon the notice (#9) of appearance by petitioner's counsel in this habeas matter,

    IT IS ORDERED that the Federal Public Defender's Office is appointed as counsel for petitioner pursuant to 18 U.S.C. § 3006A(a)(2)(B), with Megan C. Hoffman, Esq., appearing as petitioner's counsel of record.

    IT FURTHER IS ORDERED that petitioner shall have until up to and including one hundred twenty (120) days from entry of this order within which to file an amended petition. The Court will screen any amended petition filed prior to ordering a response from respondents. Nothing in this order in and of itself tolls the running of the federal limitation period as to claims that do not relate back to the original petition. See #3, at 1, lines 26-27 (noting the possibility that time may remain in the federal one-year limitation period).

    The Clerk shall send a copy of this order to the CJA Coordinator for this Division.

    DATED:  This 30th day of March, 2011.

                                                     _____
                                                     ROBERT C. JONES
                                                     United States District Judge